# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 28, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

161233

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

MARIO MONTANO
          Plaintiff,

v                                                     SC: 161233

COURT OF APPEALS,
          Defendant.
_____/

      On order of the Chief Justice, the motion to dismiss the complaint for superintending control and to withdraw all motions is GRANTED.  The case is dismissed.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 28, 2020



Clerk